

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-14-CR- |
| Plaintiff, | § § § | **S E A L E D**<br>**I N D I C T M E N T** |
| v. | § § | **CT 1:** 21:846 & 841(a)(1)-Conspiracy to |
| HECTOR RAMIREZ (1),<br>EUGENE SWARTZ (2),<br>JOSUE PADILLA (3), and<br>MIKE SIERRA (4), | § § § § | Possess a Controlled Substance with Intent to Distribute |
| Defendants. | § § § | **EP14CR0651** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(vii))

That beginning on or about September 11, 2011, and continuing through and including on or about August 27, 2013, in the Western District of Texas, Defendant,

**HECTOR RAMIREZ (1),**
**EUGENE SWARTZ (2),**
**JOSUE PADILLA (3), and**
**MIKE SIERRA (4),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

REV 04.08.2014

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| HECTOR RAMIREZ | 100 kilograms or more | 21 U.S.C. § 841(b)(1)(B)(vii) |
| EUGENE SWARTZ | 100 kilograms or more | 21 U.S.C. § 841(b)(1)(B)(vii) |
| JOSUE PADILLA | a quantity | 21 U.S.C. § 841(b)(1)(D) |
| MIKE SIERRA | 50 kilograms or more | 21 U.S.C. § 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney