# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **HECTOR RAMIREZ** | ) |
| | ) |
| | ) |
| _Defendant_ | |

Case No.   EP-14-CR-651-DCG *(1)*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   HECTOR RAMIREZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

21:846 & 841(a)(1) - CONSPIRACY TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

Date:    04/09/2014

_Issuing officer's signature_

City and state:    EL PASO, TEXAS

M. CHIONG, _Deputy Clerk_
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ |

Date:    _____

Executed by ___ HSI ___ BC

On   _June 4, 2014_

In   _El Paso, Texas_

_Arresting officer's signature_

_Printed name and title_