PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: _____ | | UNSEALED XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: GUADERRAMA |
| DATE: October 1, 2014 | MAG CT #: | FBI #: |
| CASE NO: EP-14-CR-0651-DCG | ASSISTANT U.S. ATTORNEY: JOHN JOHNSTON | |
| DEFENDANT: **HECTOR RAMIREZ (1)** | | DOB: REDACTED |

| ADDRESS: REDACTED |
|---|
| CITIZENSHIP: US      INTERPRETER NEEDED:      LANGUAGE: |

| DEFENSE ATTORNEY: Adolfo Quijano, Jr. | EMPLOYED XX<br>APPOINTED ___ |
|---|---|

| DEFENDANT IS: in Custody<br>ADDRESS: El Paso County Detention Facility | |
|---|---|
| DATE OF ARREST: 06/06/2014 | BENCH WARRANT: NO |

PROSECUTION BY: SUPERSEDING INDICTMENT

OFFENSE (Code and Description):
**CT 1:** 21:846 & 841(a)(1) - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
**CT 2:** 18:1956(h)-CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS

OFFENSE IS: FELONY

MAXIMUM SENTENCE:
**CT 1:** 5-40 YRS/$5 MILLION/AT LEAST 4 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT
**CT 2:** 20 YRS/$500,000 OR TWICE THE VALUE OF THE PROPERTY INVOLVED/NOT MORE THAN 3 YR TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: **CT 1:** YES (5 YEARS)     **CT 2:** NO

REMARKS: HSI-Brent Barnhill and Robert Hernandez

WDT-Cr-3